

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00049-CR

| | | |
|---|---|---|
| DANIEL ORTIZ, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (DC78-CR2022-1206-1) |
| V. | § | August 26, 2025 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Wade Birdwell_____
Justice Wade Birdwell